ERVIDO B. MEJIA, Appellant, v ROOSEVELT ISLAND MEDICAL ASSOCIATES, Doing Business as COLER-GOLDWATER HOSPITAL & NURSING FACILITY, et al., Respondents.

Submitted January 7, 2013; decided February 14, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.